**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA  DIVISION**

TOMEKIA EARL,

        Plaintiff,

v.

GENTIVA HEALTH SERVICES, INC.,

        Defendant.

CA No. 1:15-CV-1095-TCB

**JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Plaintiff Tomekia Earl and

Defendant Gentiva Health Services, Inc., by and through their respective counsel,

hereby jointly stipulate to the dismissal with prejudice of all of Plaintiff Earl's

claims and causes of action in the above-styled case, in their entirety.  Each party

will bear her or its own attorneys' fees, but Defendant shall be considered the

"prevailing party" with respect to taxable costs.

Respectfully submitted this 31st day of August, 2015.

1

/s/ Gilda Adriana Hernandez__
THE LAW OFFICES OF GILDA A.
HERNANDEZ, PLLC
Gilda A. Hernandez, NCSB #36812
315 S. Salem St., Suite 310
Apex, NC 27502
Phone: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com

COHEN MILSTEIN SELLERS &
TOLL PLLC
Christine E. Webber
1100 New York Ave. N.W.
Suite 500, West Tower
Washington, D.C. 20005
(202) 408-4600
cwebber@cohenmilstein.com

**Attorneys for Plaintiffs**

/s/ Angelo Spinola__
 Angelo Spinola
 Georgia Bar No. 672191
 aspinola@littler.com

 Anne M. Mellen
 Georgia Bar No. 558694
 amellen@littler.com

 Tracey T. Barbaree
 Georgia Bar No. 036792
 tbarbaree@littler.com
 LITTLER MENDELSON
 3344 Peachtree Road N.E., Suite
 1500
 Atlanta, GA  30326.4803
 Tel: 404.233.0330
 Fax: 404.233.2361

**Attorneys for Defendant**

2

## Font Certification

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

## Certificate of Service

I hereby certify that on August 31, 2015, I caused the foregoing *JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants.

*/s/ Gilda A. Hernandez*
Gilda A. Hernandez